LELAND LAW COPR.
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
MOSELLE C. LELAND BOHORQUEZ, CSBN: 26984
E-mail: tracey@disabilitylawfirm.com
    Attorneys for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ARMAND D. ROTH, CSBN: 214624
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (510) 970-4852
    Facsimile: (415) 744-0134
    Email:  armand.roth@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LACHANDA W.,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-00805-SP<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE
3  THOUSAND EIGHT HUNDRED DOLLARS [$5,800.00.00], as authorized by 28
4  U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated:  April 5, 2023        _____
                              HON.  SHERI PYM
                              UNITED STATES MAGISTRATE JUDGE